Security Life Insurance Company, complainant, v. Ida Zuckerman et al., defendants.  A. S. Roe, cross complainant and appellee, v. John Saliny, petitioner and appellant.  Gen. No. 26,397.

A. S. Roe, cross complainant and appellee, v. John Kapusta, petitioner and appellant.  Gen. No. 26,398.

Suits to foreclose a first mortgage.  Receiver appointed, foreclosure entered, premises sold and a deficiency decree entered.  On final report of the receiver, showing a balance after paying the de-

ficiency and expenses, he was ordered to pay the balance to the owner of a third mortgage. Consolidated appeals from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed. Opinion filed October 4, 1921.

Henry M. Ashton, for appellant John Saliny. Edward M. Winston, for appellant John Kapusta. Shulman, Shulman & Abrams, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.